IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| APPLE TREE AUCTION CENTER, INC., | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. 2:16-cv-892 |
| CHARLES J. TROIS, | § § § | |
| *Defendant* | | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, CHARLES J. TROIS, files this Notice of Removal of this case from the Court of Common Pleas, Licking County, Ohio, to the United States District Court for the Southern District of Ohio, Columbus Division, and respectfully shows as follows:

**Case Background and Foundation for Removal**

1. On or about July 22, 2016, Plaintiff commenced Civil Action No. 2016 CV 00671; *Apple Tree Auction Center, Inc. v. Charles J. Trois*, in the Court of Common Pleas, Licking County, Ohio (the "State-Court Action"), against Defendant. In the State-Court Action, Plaintiff is seeking to recover damages from Defendant under the theories of action on an account, breach of contract, unjust enrichment, and fraud.

2. Defendant was served with the State-Court Action on August 17, 2016. True and correct copies of the Summons, Complaint, and any other pleadings or orders served upon Defendant at the time of this removal, are attached hereto as Exhibit "A."

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because it is a civil action that is between citizens of different states and in which the amount

in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441

### Complete Diversity of Citizenship

2. There is complete diversity of citizenship between the parties. Plaintiff, both at the time the State-Court Action was filed and the time this Notice is filed, was a corporation that was incorporated in Ohio with its principal place of business in Newark, Ohio. *See* 28 U.S.C. 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ."). Plaintiff is not a citizen of any other state, including Texas.

4. Defendant, both at the time of the filing of the State-Court Action and at the time of its removal, was a citizen of Texas and is thus completely diverse from Plaintiff.

### Amount in Controversy Exceeds $75,000

5. The amount in controversy in this suit exceeds $75,000.00, exclusive of interest and costs. As set forth at paragraphs 16 thru 23 of the Complaint, Plaintiff is seeking to recover from Defendant the sum of $202,636.00, in addition to other damages. *See* Exhibit A.

### Removal to this Division and District is Proper

6. Venue of this removed action is proper in this Court because the District and Division embrace Licking County, Ohio, the place where the State-Court Action is pending. *See* 28 U.S.C. § 1441(a).

### Timely Filing

7. Removal is timely under 28 U.S.C. § 1446 because Defendant was served with the Complaint no earlier than August 17, 2016, and this Notice is filed within 30 days of that date.

### Full Compliance

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of this Notice of Removal on Plaintiff and shall promptly file a copy of this Notice with the Clerk of the Court of Common Pleas of Licking County, Ohio.  A copy of "Defendant Charles J. Trois' Notice to Court of Removal to Federal Court" (without Exhibits) that will be filed with the Clerk of the Court of Common Pleas of Licking County, Ohio is attached hereto as Exhibit "B."

### Conclusion

Because Plaintiffs and Defendant are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs, this Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332.  Defendant is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, Charles J. Trois, Defendant, prays that this Court accept removal of this action as if it had been originally filed to the exclusion of any proceedings in the State Court, in accordance with law, and for such other relief to which he may show himself justly entitled.

Respectfully submitted,

/s/ Stephen A. Moyer
Stephen A. Moyer (#0025211)
MOYER LAW OFFICES LPA
9 East Kossuth Street
Columbus, Ohio 43206
(614) 444-2000 ph
(614) 444-5883 fax
steve@moyerlaw.org
Attorney for Defendant

### Certificate of Service

I hereby certify that on the 16th day of September, 2016, a true and correct coy of the foregoing has been sent via certified mail, return receipt requested and email, to J. Andrew Crawford at Reese, Pyle, Drake & Meyer, P.L.L., 36 North Second Street, P.O. Box 919, Newark, Ohio 43058-0919.

/s/ Stephen A. Moyer
Stephen A. Moyer (#0025211)